**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael Y. Jung, State Bar No. 245260
　Email: jung@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Attorneys for Plaintiffs, Trustees of the Operating
Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JOE DE LEON, an individual doing business as "JDL ENGINEERING,"<br><br>　　　　Defendant. | CASE NO: 2:00-cv-12580-AHM-CW<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[Cal. Code Civ. Proc. §§ 683.110-683.220; Fed. R. Civ. Proc. Rule 69]<br><br>[NO HEARING REQUIRED] |

　　Judgment was entered on January 16, 2002, in the amount of $8,165.67, plus post-judgment interest as provided by law, in favor of Plaintiffs/Judgment Creditors, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust ("Trustees"), and against Defendant/Judgment Debtor, Joe De Leon, an individual doing business as "JDL Engineering." The judgment was previously renewed on September 27, 2011, for $10,004.92.

NOW, upon application for renewal of judgment by Trustees and declaration showing that Joe De Leon has failed to satisfy the total amount of said judgment and is indebted to Trustees.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment against Joe De Leon, an individual doing business as "JDL Engineering," be renewed in the amount of $12,020.04, as follows:

| | | | |
|---|---|---|---|
| a. | Renewed Judgment | | $10,004.92 |
| b. | Costs after Judgment | | $     0.00 |
| c. | Interest after judgment computed from 09/14/2011 through 03/05/2021 at 2.13% | | $2,020.12 |
| d. | Less Credits | | $    (5.00) |
| e. | Total Renewed Judgment | | $12,020.04 |

Abstracts of Judgment have been recorded as follows:

| County | Instrument Number | Recording Date |
|---|---|---|
| Riverside | 2014-0375250 | October 2, 2014 |
| San Bernardino | 2014-0359996 | September 29, 2014 |
| Los Angeles | 2014-0993422 | September 19, 2014 |
| Orange | 2014-000364375 | September 9, 2014 |
| Ventura | 20140909-00113542-0 ½ | September 9, 2014 |

Dated: February 15, 2021

*Sharon Hall Brown* (signature)
CLERK OF THE COURT